United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| **CHRIS WHITE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Case No. 6:19-CV-00066 |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion & Order signed by the Court on September 21, 2021, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff Chris White's claims, and Defendant Allstate Vehicle and Property Insurance Company is entitled to judgment as a matter of law.

Accordingly, Plaintiff shall take nothing by his claims against Defendant, and Plaintiff's claims are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiff is denied. All allowable and reasonable costs of court are taxed against Plaintiff. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT.**

Signed on September 22, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**